**Selta TRAVIS, Respondent,**

v.

**Jerry TRAVIS, Appellant.**

**No. WD 67333.**

Missouri Court of Appeals,
Western District.

Dec. 4, 2007.

Rehearing Denied Jan. 29, 2008.

Appeal from the Circuit Court of Platte County, Daniel M. Czamanske, Judge.

Bradley Grill, Kansas City, for Appellant.

John Chick, Kansas City, for Respondent.

Before THOMAS H. NEWTON, Presiding Judge, PAUL M. SPINDEN, Judge, and LISA WHITE HARDWICK, Judge.

**ORDER**

Jerry Travis appeals the circuit court's judgment dissolving his marriage to Selta Travis. We affirm. Rule 84.16(b).